PROFIT AND LOSS STATEMENT

MARCH 2010

Brigida Cerda Estrada
Housekeeper
1247 N. Mc. Donald Ave.
Wilmington Ca, 90744


GROSS INCOME _____ $ $1,150.00

EXPENSES

Gasoline_____ $ 80.00

Cell Phone_____ $ 45.00

Supplies_____ $ 30.00


TOTAL EXPENSES_____ $ 155.00

NET INCOME _____ $ 995.00


_____            05-04-10
Brigida Cerda Estrada              _____
                                      Date

## PROFIT AND LOSS STATEMENT

## FEBRUARY 2010

Brigida Cerda Estrada
Housekeeper
1247 N. Mc. Donald Ave.
Wilmington Ca, 90744

GROSS INCOME _____ $ $1,350.00

EXPENSES

Gasoline_____ $135.00

Cell Phone_____ $ 55.10

Supplies_____ $ 70.00

TOTAL EXPENSES_____ $ 260.00

NET INCOME _____ $ 1,090.00


_____                      05-04-10
Brigida Cerda Estrada                              Date

PROFIT AND LOSS STATEMENT

JANUARY 2010

Brigida Cerda Estrada
Housekeeper
1247 N. Mc. Donald Ave.
Wilmington Ca, 90744

GROSS INCOME _____ $ $1,250.00

EXPENSES

Gasoline _____ $ 95.00

Cell Phone _____ $ 45.10

Supplies _____ $ 50.00

TOTAL EXPENSES _____ $ 190.00

NET INCOME _____ $ 1,059.00

_____     05-04-10
Brigida Cerda Estrada              Date